```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     XEROX CORPORATION

                         Plaintiff(s)

        -vs-                                    97-CV-6182T


     3COM CORPORATION, ET AL

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Dismissal on June 28, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated: June 29, 2006